IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW M. GRUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13 C 1267 |
| | ) |
| ACCUWEATHER, INC. and | ) |
| VIBES MEDIA, LLC, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Counsel for plaintiff Andrew Gruse ("Gruse") has filed a memorandum in response to this Court's May 20, 2013 memorandum order that raised a question as to the propriety of venue in this judicial district. That response makes it clear that although the issue is scarcely free from doubt, its resolution necessarily requires discovery as to the precise relationship between AccuWeather, Inc. and Vibes Media, LLC and as to the means by which AccuWeather's text messages are communicated to its subscribers. Accordingly, no action will now be taken on the issue of venue, but the parties will be expected to focus on that subject in the course of their early discovery efforts.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 29, 2013